29 A.3d 1149

Jay V. YUNIK, Appellant

v.

Jeffrey BEARD, D.O.C., Secretary, Mr. Nickelson, Deputy Supt.
SCI–Fayette, Mr. Armel, Deputy Supt., SCI–Fayette, Brian V.
Coleman, Superintendent, SCI–Fayette, Rhonda House, Griev-
ance Officer, SCI–Fayette, Norina Varner, Grievance Officer,
SCI–Fayette, W.W. Jones, Captain, SCI–Fayette, C. Myers, Phy-
sician's Assistant, SCI–Fayette, K. Randolph, Registered Nurse,
SCI–Fayette, S. Berrier, Acting C.H.C.A., SCI–Fayette, Herbick,
Medical Doctor, SCI–Fayette, Appellees.

Supreme Court of Pennsylvania.

Sept. 28, 2011.

90

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the order of the Commonwealth Court is **AFFIRMED.**